**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 13-7835**

—————————

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

MEBLIN XIOMAR FIGUEROA,

               Defendant - Appellant.

—————————

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, Senior District Judge. (6:05-cr-00024-NKM-1)

—————————

Submitted: January 21, 2014      Decided: January 24, 2014

—————————

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Meblin Xiomar Figueroa, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Meblin Xiomar Figueroa appeals the district court's order denying his motion for reconsideration of his motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Figueroa, No. 6:05-cr-00024-NKM-1 (W.D. Va. Oct. 25, 2013); see also United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010) (identifying extremely limited means by which sentence can be modified). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED